UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY VERA, | CASE NO. CV 12-10472-AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: January 15, 2014

_____
ALICIA G. ROSENBERG
United States Magistrate Judge